**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED
FEB 29 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| V. | ) | CRIMINAL NO. SA-03-CR-71 (1)-FB |
| JOEY VILLARREAL, | ) | |
| Defendant. | ) | |

### FINAL JUDGMENT OF FORFEITURE AS TO SUBSTITUTE ASSET

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture as to Substitute Asset, pursuant to Title 21 U.S.C. § 853(p), and Fed. R. Crim. P. 32.2(e), and this Court being fully and wholly apprised in all its premises, finds that all known potential petitioners have been adequately served by internet publication of public notice. As such, said Motion is meritorious and should be, and hereby is, in all things GRANTED. IT IS THEREFORE

ORDERED that all right, title, and interest of Defendant Joey VILLARREAL in certain property, namely: $1,780.40 in United States Currency (hereinafter the Substitute Asset) be, and hereby is, forfeited to the United States of America as a Substitute Asset to be applied to his outstanding Money Judgment; and IT IS FURTHER

ORDERED that any and all right, title, and interest of any and all potential petitioners in the Substitute Asset be, and hereby is, held in default and forfeited to the United States of America; and IT IS FURTHER

ORDERED that the United States Marshals Service, or its designated agent, shall dispose

of the Substitute Asset in accordance with law; and IT IS FURTHER

ORDERED that the amount of $1,780.40 shall be applied to Defendant Joey VILLARREAL's outstanding Money Judgment; and IT IS FURTHER

ORDERED that all terms and provisions contained in the Court's Order Reaffirming Order of Forfeiture of Substitute Asset (Doc. 340) entered on November 20, 2015, in so much as may be applicable and consistent with the Final Judgment of Forfeiture (Doc. 239), shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this 29 day of FEB, 2016.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE